IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE REYNOLDS AND REYNOLDS CO., COIN DATA, LLC, and REYNA CAPITAL CORP.<br><br>Plaintiffs<br><br>v.<br><br>REYNOLDS MOTOR CO. and KUNES FORD OF EAST MOLINE, INC.<br><br>Defendants. | Case No. 4:20-cv-04230-SLD-JEH<br><br>Honorable Hon. Sara Darrow<br><br>Chief United States District Judge |

**DEFENDANT, REYNOLDS MOTOR CO.'S,
MOTION TO SUBSTITUTE ATTORNEYS**

Defendant, Reynolds Motor Co.[1] ("Reynolds Motor"), through its present counsel, Bret A. Rappaport and Bethany N. Schols of Hardt, Stern & Kayne, P.C., and its future counsel, Joseph N. Van Vooren and Jonathan Fox of Califf & Harper, respectfully moves this Court for entry of an order granting leave to file substitute Joseph N. Van Vooren and Jonathan Fox of Califf & Harper appearances as counsel for Reynolds Motor. In support of this motion, the movant states as follows:

1.   On December 15, 2020, Bret Rappaport, and on January 7, 2021, Bethany Schols both attorneys of Hardt, Stern & Kayne, P.C., filed their respective appearances on behalf of Reynolds Motor.

2.   Reynold Motor has recently retained Joseph N. Van Vooren and Jonathan Fox of Califf & Harper to represent it in connection with this matter. Accordingly, Bret A. Rappaport and Bethany N. Schols of Hardt, Stern & Kayne, P.C., seek to withdraw their previously filed

---

[1] Reynolds Motor Co. has no relationship to plaintiff, The Reynolds and Reynolds Co.

appearances in this matter, and Joseph N. Van Vooren and Jonathan Fox of Califf & Harper seek leave to file their appearances on behalf of Reynolds Motor.

WHEREFORE, Defendant, Reynolds Motor Co., respectfully requests that this Court enter an order allowing Joseph N. Van Vooren and Jonathan Fox of Califf & Harper to substitute as counsel of record for Bret A. Rappaport and Bethany N. Schols of Hardt, Stern & Kayne, P.C., and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,
REYNOLDS MOTOR Co.,

By: /s/ Bret Rappaport

*Counsel for Defendant Reynolds Motor Co.*
Bret A. Rappaport
Bethany N. Schols
Hardt, Stern & Kayne, P.C.
2610 Lake Cook Road, Suite 200
Riverwoods, Illinois 60015
847-597-2151
brappaport@hsklaw.com
bschols@hsklaw.com

Joseph N. Van Vooren
Jonathan Fox
Califf & Harper
Heritage Place 7th Floor
1515 5th Avenue, Suite 700
Moline, IL 61265
309-764-8300
jvanvooren@califf.com
jfox@califf.com